UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 NOV 15  AM 9:46
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

           Plaintiff,

   vs.

JUAN VELAZQUEZ-SOSA,

           Defendant.

CASE NO. 10CR4008-BTM

JUDGMENT OF DISMISSAL

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of the Information

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 12, 2010

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE